No. 505. THE CITY OF WOOSTER, PETITIONER, *v.* THE EASTERN TRUST AND BANKING COMPANY. December 21, 1903.

